UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

    New York Double Inc.,

                Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 11-44051-CEC

## SCHEDULING ORDER

It is hereby

ORDERED, that on or before August 12, 2011, New York Double Inc. (the "Debtor") shall file a proposed plan, proposed disclosure statement, and a motion seeking approval of the proposed disclosure statement; and it is further

ORDERED, that a hearing to consider approval of the Debtor's proposed disclosure statement pursuant to 11 U.S.C. § 1125 and Bankruptcy Rule 3017 will be held on September 14, 2011 at 2:30 p.m. (the "Disclosure Statement Hearing"); and it is further

ORDERED, that the proposed plan, proposed disclosure statement, and notice of the Disclosure Statement Hearing shall be served in accordance with Bankruptcy Rules 2002(b) and 3017(a); and it is further

ORDERED, that proof of service in accordance with this Order shall be filed on or before September 1, 2011.



**Dated: Brooklyn, New York**
       **August 4, 2011**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**