UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

NEW YORK DOUBLE INC.,

                      Debtor.

Chapter 11

Case No. 11-44051 (CEC)

--------------------------------------------------------x

## ORDER DISMISSING CASE

Upon the motion of Tracy Hope Davis, United States Trustee for Region 2, filed on September 9, 2011 to dismiss this case, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on October 5, 2011, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED that the case of New York Double, Inc., commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.