# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS•
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH•⁺¹
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
STEPHEN BORDANARO
DANIEL J. SLATZ
AUBREY E. RICCARDI•
GIL NAHMIAS
CARL A. LASKE
GERALD BUKARY
RANDI K. STEMPLER⁺
ELI RAIDER
SERGIO J. TUERO•
CHRISTOPHER R. CLARKE
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1968)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
• ALSO MEMBER OF TEXAS BAR
⁺ ALSO MEMBER OF MASSACHUSETTS BAR

J. Ted Donovan, Esq.
Direct Dial: (212) 301-6943
Facsimile (212) 422-6836
TDonovan@Finkgold.com

November 1, 2011

<u>Via ECF</u>
Hon. Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:  In re New York Double
     Case No. 11-44051 (CEC)

Dear Judge Craig:

As you will recall, the Debtor consented to the motion filed by the U.S. Trustee to dismiss the above referenced Chapter 11 case, but requested additional time to try to resolve a matter with the state court receiver. As a courtesy, William Curtin, Esq. of the U.S. Trustee's office noticed the presentment of the dismissal order for tomorrow, November 2. We are still working to resolve our receiver issues, and respectfully request that the presentment date of the dismissal order be adjourned to November 16. Mr. Curtin has consented to this request.

Respectfully yours,

J. Ted Donovan

cc:  William Curtin, Esq. (via e-mail)